

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR  9 2009

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARNTERS, INC. | § § § | |
| Plaintiff, | § | Civil Action No. _____ |
| v. | § § | **3-09CV0454-K** |
| DONG WEON HWANG AND HiCON CO., LTD. | § § § | |
| Defendants. | § § | |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW PLASTRONICS SOCKET PARTNERS, LTD., and pursuant to Local Rule 3.1(f), respectfully submit this Certificate of Interested Persons:

1.    Plastronics Socket Partners, Ltd.

2.    David Pfaff

3.    Dong Weon Hwang

4.    HiCon Co., Ltd.

5.    Charles M. Hosch and Lauren T. Becker, Strasburger & Price, LLP (Attorneys for Plaintiffs)

DATED:    March 9, 2009



Respectfully submitted,

*Charles M. Hosch*

**CHARLES M. HOSCH**
State Bar No. 10026925
**LAUREN T. BECKER**
State Bar No. 24046983
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (facsimile)

ATTORNEYS FOR PLAINTIFF