IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

———————————————

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 3:09-CV-0454-K |
| DONG WEON HWANG and HICON CO. LTD, | § § § | |
| Defendants. | | |

**O R D E R**

The Court's records reflect that this case was filed March 9, 2009, and that Defendants DONG WEON HWANG and HICON CO., LTD, were served on March 10, 2009.

The Court will dismiss the action against these Defendants without prejudice after **November 20, 2009**, unless Plaintiffs' counsel moves for default judgment or provides to the Court valid reasons why this case should be kept on the docket.  See Local Rule 55.1.

SO ORDERED.

DATED: November 3rd, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE