IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD. | § § § § § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 3:09-CV-0454-K |
| DONG WEON HWANG AND HICON CO., LTD. | § § § § | |
| Defendants. | § | |

## DECLARATION OF CHARLES M. HOSCH IN SUPPORT OF DEFAULT

Charles M. Hosch, being duly sworn, deposes and states:

1.  "My name is Charles M. Hosch. I am over twenty-one years of age, have never been convicted of a felony, and have personal knowledge of all the statements contained in this affidavit, unless otherwise indicated. I am an attorney at Strasburger & Price, LLP, and am counsel of record for Plaintiff Plastronics Socket Partners, Ltd. ("Plastronics") in this matter.

2.  On March 9, 2009, Plastronics filed an Original Complaint and Application for Injunctive Relief against Dong Weon Hwang ("Hwang") and Hicon Co. ("Hicon") (collectively "Defendants").

3.  As the record reflects, summonses and copies of the Original Complaint and Application for Injunctive Relief were served on Hwang, individually and on behalf of Defendant Hicon, on March 10, 2009. The returns of service for Defendants are on file.

4. On information and belief, Hwang is not an infant or an incompetent person, and Defendant Hicon is a Korean entity.

5. According to the information made available to me, Dong Weon Hwang, Defendant in this matter and a Korean national, is not in the United States military. Defendant Hicon is believed to be a Korean entity.

6. To date, neither Defendant Hwang nor Defendant Hicon has filed an answer or other responsive pleading to Plastronics' Original Complaint and Application for Injunctive Relief. Defendants have not challenged Plastronics' Original Complaint and Application for Injunctive Relief by a Motion under Federal Rule of Civil Procedure 12(b) or 56 or otherwise filed any document indicating their intent to defend the suit. On the evening of November 19, 2009, nealry two weeks after being notified of the Court's order in this action dated November 6, 2009, the Defendants corresponded with Plastronics and its counsel by email with arguments in the nature of settlement discussions. Plastronics and its counsel have not been made aware of any counsel representing the Defendants, or other appearance or clear intent to defend the suit.

7. Pursuant to Federal Rule of Civil Procedure 12, the time allowed for Defendants to file an answer or other response to Plastronics' Original Complaint and Application for Injunctive Relief has expired. Therefore, Plaintiff is entitled to an entry of default.

8. I have read and understand the contents of the attached Request for Entry of Default and find the facts stated therein to be true to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
CHARLES M. HOSCH

Dated: November 20, 2009