UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| **Plastronics Socket Partners Ltd** | § § § | |
| **Plaintiff** | § § | |
| v. | § § | Civil No. 3:09cv454-K |
| | § § § | |
| **Dong Weon Hwang** | § § | |
| and | § § | |
| **Hicon Co Ltd** | § § § | |
| **Defendants** | § § § § § § § § § § § § | |

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendants Dong Weon Hwang, and Hicon Co Ltd, and it further appearing from the Plaintiff's request and supporting declaration that said Defendants have failed to plead, respond, or otherwise defend in said action as directed;

NOW, THEREFORE, on Plaintiff's request, this 23rd day of November, 2009,

**DEFAULT is hereby entered against defendants Dong Weon Hwang and Hicon Co Ltd.**

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

_____
By: Deputy Clerk