IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD. § § Plaintiff, § § vs. § § DONG WEON HWANG AND HICON CO., LTD. § § Defendants. § | CIVIL ACTION NO. 3:09-CV-0454-K |

## MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Plaintiff Plastronics Socket Partners, Ltd, (hereinafter "Plaintiff") and moves the Court for an Order dismissing Plaintiff's claims in this Cause without prejudice, and in support thereof would show:

Plaintiff and Defendants have discussed the matter and based upon Defendants' representations, Plaintiff believes it is not necessary to continue to prosecute the matter. Accordingly, Plaintiff requesta the Court to enter an Order dismissing this Action without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests the Court to enter an Order dismissing this Action without prejudice.

          Respectfully submitted,

          */s/ Charles M. Hosch*
          **CHARLES M. HOSCH**
          State Bar No. 10026925
          **LAUREN T. BECKER**
          State Bar No. 24046983
          **Strasburger & Price, LLP**
          901 Main Street, Suite 4400
          Dallas, TX 75202-3794
          Telephone: (214) 651-4300
          Telecopier: (214) 651-4330

          ATTORNEYS FOR PLAINTIFF
          PLASTRONICS SOCKET PARTNERS, LTD.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded via email on this the 30th day of June, 2010 to Dong Weon Hwang (Individually and as representative of Hicon Co., Ltd.).

          */s/ Charles M. Hosch*
          Charles M. Hosch