IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:09-CV-0454-K |
| DONG WEON HWANG AND HICON, CO., LTD, | § | |
| | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion for Order of Dismissal Without Prejudice (Doc. No. 11), filed on June 30, 2010. The Motion is **GRANTED**. It is therefore:

**ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's causes of action against Defendants Dong Weon Hwang and Hicon Co., Ltd. are **DISMISSED without prejudice.**

Furthermore, Plaintiff's Motion for Default Judgment as to Liability (Doc. No. 8) is **DENIED as moot.**

**SO ORDERED**.

Signed July 12th, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE